**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00053-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEVEN ENNIS,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On August 5, 2011, the probation officer submitted a report (12A) noting that the defendant was statutorily eligible for early termination of supervised release in this case. Upon the Court's review of the defendant's overall compliance on supervised release, it found that early termination is warranted. Therefore, the Court

      ORDERS that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 19th day of August, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        Chief United States District Judge